2010-48620
FILED
March 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003328407

**3**

1   PROBER & RAPHAEL, A LAW CORPORATION
    DEAN PROBER, ESQ., #106207
2   LEE S. RAPHAEL, ESQ., #180030
    CASSANDRA J. RICHEY, ESQ. #155721
3   P.O. Box 4365
4   Woodland Hills, California 91365-4365
    (818) 227-0100
5   (818) 227-0101 facsimile
6   F.040-2349
    Attorneys for Secured Creditor U.S. Bank, N.A., its successors and/or assigns
7

            UNITED STATES BANKRUPTCY COURT
8
9           EASTERN DISTRICT OF CALIFORNIA

10  In re                          Bk. No. 10-48620-A-7

11  STEPHEN MARTINEZ               Motion No. PPR-1
12  AND CYNTHIA MARTINEZ
                                   CHAPTER 7
13
14          Debtors.              Hearing
                                   Date : March 7, 2011
15                                 Time : 10:00 A.M.
                                   Place : U.S. Bankruptcy Court
16  HANK SPACONE,                         501 I Street
                                          Sacramento, CA
17          Trustee,                      Courtroom 28 Dept. A
                                   Judge: Michael S. McManus
18  _____ /

19          ORDER FOR RELIEF FROM AUTOMATIC STAY
20
                It appearing that neither the Debtors nor the Chapter 7 Trustee has any opposition
21
    to Secured Creditor's Motion for Relief from Automatic Stay, and with good cause appearing
22
    therefore, the Court makes its Order as follows:
23
                IT IS HEREBY ORDERED that the Motion for Automatic Stay in the
24
    above-entitled Bankruptcy proceeding is granted as to the Property described and dismissed as
25
    against the Debtor as follows.
26

27

28

RECEIVED
March 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003328407

**3**

AS TO THE PROPERTY generally described as 9062 Clendenen Way, Sacramento California (the "Property"), the Court finds that there is no equity in the Property and it is not necessary to a reorganization and cannot be administered for the benefit of creditors by the trustee.

IT IS THEREFORE ORDERED that the motion is granted as to the estate pursuant to 11 U.S.C. section 362 (d)(2). Movant, U.S. Bank, N.A., its successors and/or assigns, its assignees and/or successors in interest may proceed with foreclosure of the Property pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

AS TO THE DEBTOR, IT IS HEREBY ORDERED that the motion is dismissed as moot given the entry of the Debtor's discharge on February 11, 2011, since the automatic stay has expired as to the Debtor and any interest he may have in the Property.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the Property.

IT IS FURTHER ORDERED that, because it appears the value of the collateral does not exceed Secured Creditor's claim, Secured Creditor is not awarded attorneys' fees and costs for the Motion.

IT IS FURTHER ORDERED that the provisions of California Civil Code §2924g(d) run concurrently with Bankruptcy Rule 4001(a)(3) and Bankruptcy Rule 4001(a)(3) is not waived.

IT IS FURTHER ORDERED that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code Section 2923.5 and the enforcement of the note and deed of trust described in the motion against the Property. Further, upon entry of this order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code Section 2923.52 et seq., the California Foreclosure Prevention Act,

**3**

1  to the extent it is otherwise applicable.

2

3  Dated: March 09, 2011                          By the Court

4

5

6                                                  Michael S. McManus
                                                   United States Bankruptcy Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28